# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

**JOEY JAMES HICKS,**                      **JUDGMENT IN A CIVIL CASE**

               **Petitioner,**

    **v.**                                                    08-cv-497-bbc

**JODINE DEPPISCH, Warden,**
**Fox Lake Correctional Institution,**

               **Respondent.**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that petitioner Joey James Hicks's petition for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE for his failure to exhaust his state court remedies.

 

**JOEL W. TURNER**
_____
**Joel W. Turner, Acting Clerk**

**Connie A. Korth**                                  **9/5/08**
_____     _____
**by Deputy Clerk**                                       **Date**